# UNITED STATES DISTRICT COURT

_____ NORTHERN _____    DISTRICT OF    _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA        F I L E D        MAGISTRATE JUDGE VALDEZ

v.        KC

                                 FEB 1 5 2008
                                 February 15, 2008        CRIMINAL COMPLAINT
RAPHEAL LEVI        MICHAEL W. DOBBINS
                   CLERK, U.S. DISTRICT COURT    CASE NUMBER    08CR    0138

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about __8/14/2007__ in __Cook__ county, in the

_____ Northern _____ District of _____ Illinois _____ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title ____18____ United States Code, Section(s) _____1073_____.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                        Official Title

facts:            **SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:    ■ Yes    ____ No

                                        _____
                                        Signature of Complainant
                                        **JOSEPH RASCHKE**
                                        **Special Agent**
                                        **Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__February 15, 2008_____    at    __Chicago, Illinois_____
Date                                              City and State

__MARIA VALDEZ____United States Magistrate Judge__    _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

STATE OF ILLINOIS      )
                       )  ss
COUNTY OF COOK        )

## A F F I D A V I T

I, JOSEPH RASCHKE, being duly sworn, depose and say:

1.    I am a Special Agent with the Federal Bureau of Investigation and have been so employed for over ten years.  I am currently assigned to the FBI Violent Crimes Task Force and am familiar with fugitive investigations.  The information contained in this affidavit was provided to me by Chicago Police Department (CPD) Detective Maverick Porter and CPD Officer Marty Teresi, unless otherwise indicated.

2.  On August 9, 2007, TERRENCE JACKSON was shot to death in Chicago, Illinois.   Subsequent investigation by the CPD developed RAPHEAL LEVI as the primary suspect involved in the shooting.

3.  On August 14, 2007, the Circuit Court of Cook County, Illinois, issued an arrest warrant for LEVI after he was charged with first degree murder, a felony.  A copy of the arrest warrant is attached to this affidavit.

4.  Attempts to locate LEVI in the Chicago area by the FBI and the Chicago Police Department have been unsuccessful.

5.    During October and November of 2007, CPD investigators obtained court authorization for a pen register on

LEVI's cellular telephone. This device would register the numbers being dialed from LEVI's phone. Additional phone records obtained during the time that the pen register was active showed that calls were being made using cell phone towers located in Minnesota. This would mean the telephone itself was in Minnesota along with LEVI.

6. CPD investigators have been in regular contact with an immediate family member of LEVI's who has offered to assist in locating him. The family member confirmed that LEVI is staying in Minnesota and has been since the murder of JACKSON.

7. Based on the information contained in this affidavit, I believe RAPHEAL LEVI fled the State of Illinois to avoid prosecution for first degree murder.

8. The Cook County State's Attorney will extradite LEVI when he is apprehended.

JOSEPH RASCHKE
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before
me this  15th day of February, 2008

MARIA VALDEZ
United States Magistrate Judge

(Rev. 12/19/00) CCCR 0656

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

Case No. 07H1799401

☐ Violation of:
  ☐ Probation
  ☐ Supervision        ☐ AMF
  ☐ Conditional Discharge   ☒ Arrest
                           ☐ BFW

| Raphael | NMI | Levi |
|---------|-----|------|
| (First) | (M.I.) | (Last) |

## ARREST WARRANT

### THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant Raphael          NMI          Levi
                                    (First)         (M.I.)       (Last)

for the offense(s) of First Degree Murder
                                    (Description)

720                    ILCS 5                    9-1
                                    (Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at

2600 S. California, Chicago, Illinois  Cook County          Branch 66    12:00
        (Location)                                          (Room)      (Call or Time)

or, If I am absent or unable to act, the nearest or most accessible court in Cook County or, If this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

### GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Issued in Cook County    08-14    2007

(Geographic Limitations)

Bail Fixed at $

FILED
AUG 14 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT

No. 1655

Prosecutor

Judge

Judge

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof.    Aug 14    2007

Dorothy Brown                    By _____
Clerk of The Circuit Court                    Deputy Clerk

| Name: Raphael | NMI | Levi | Alias |
|---------------|-----|------|-------|
| (First) | (M.I.) | (Last) | |

Residence 1035 E. 93rd St.          Chicago          Illinois          60619
          Street                    City or Town      State             Zip

Reviewed By ASA P. Malin                    Audited By _____
          Prosecutor                                    Clerk

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

86
(Court Branch)                              (Court Date)

**FELONY**

CCCR N662-12SM-6/28/02 (2344D565)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of Illinois
Plaintiff

v.                                          **COMPLAINT FOR PRELIMINARY EXAMINATION**

Raphael Levi                                NO. _____ 07417994-01
Defendant

Terrence Jackson (Deceased)
(Complainant's Name Printed or Typed)                    complainant, now appears before

The Circuit Court of Cook County and states that

Raphael Levi                                1035 E. 93rd St.
(Defendant)                                 (Address)                    has, on or about

Aug 09, 2007                        at      9221 S. University (Chgo., Cook, IL.)
(Date)                                      (Place of offense)

committed the offense of _____ **FIRST DEGREE MURDER** _____

without lawful justification and with the intent to kill Terrence Jackson by shooting a 25 Caliber Semi-Automatic    in that he/she
Handgun three times at Terrence Jackson striking Terrence Jackson thereby causing the death of Terrence Jackson.

*[FILED stamp: DOROTHY BROWN CLERK OF THE CIRCUIT COURT AUG 2011]*

in violation of ____ 720 _____ **ILCS** ____ 5 _____ / ____ 9-1(a)(1)
(Chapter)                        (Act)                    (Section)

CHARGE COOK

*[signature]* Det W. Florek 21148
(Complainant's Signature)

STATE OF ILLINOIS }
COOK COUNTY     } ss.                     (Complainant's Address)                (Telephone No.)

Terrence Jackson (Deceased)
(Complainant's Name Printed or Typed)

being first duly sworn,                her                on oath, deposes and says he/she read the foregoing
complaint by him/her subscribed and that the same is true.

*[signature]* Oct 2 Florek 21148
(Complainant's Signature)

Subscribed and sworn to before me

Aug 14,                                    2007
*[signature]* D Brown / *[illegible]*
(Judge/or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there
is probable cause for filing same. Leave is given to file said complaint.

Summons Issued,
or            Judge    *[signature]* DANIEL P DARCY        1659
Warrant Issued,       Bail set at   NO BAIL                Judge's No.

or
Bail set at   NO BAIL                *[signature]*                    1658
                                     Judge                          Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**