## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 138 | **DATE** | 2/15/2008 |
| **CASE TITLE** | | USA v. Rapheal Levi | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued to Rapheal Levi on 2/15/08.

Docketing to mail notices

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|