UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 08 CR 0138 |
| | ) | Magistrate Judge Valdez |
| RAPHEAL LEVI | ) | |
| _____ | ) | |

GOVERNMENT'S MOTION TO ISSUE CORRECTED ARREST WARRANT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 47, moves this Court to issue a corrected arrest warrant for Defendant RAPHEAL LEVI.

On February 15, 2008, the Defendant was charged in a criminal complaint with unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073. On that same date, the Court issued a warrant for the arrest of the Defendant. Subsequent to the arrest warrant being issued and delivered to the United States Marshal, it was discovered that an unrelated individual's name, not RAPHEAL LEVI, had inadvertently been placed in the section of the arrest warrant describing the federal charge. All other parts of the arrest warrant are correct and refer

to Defendant RAPHEAL LEVI.  In order to clarify the record, the United States moves this honorable Court to issue a corrected arrest warrant for RAPHEAL LEVI.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    s/Michael F. Pavia
        MICHAEL F. PAVIA
        Special Assistant
        United States Attorney
        (312) 829-8921

Date: February 21, 2008

<u>CERTIFICATE OF SERVICE</u>

The undersigned Special Assistant United States Attorney hereby certifies that the following document:

<u>GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE</u>

was served on February 21, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

> By: <u>s/Michael F. Pavia</u>
> MICHAEL F. PAVIA
> Special Assistant United
> States Attorney
> 2111 W Roosevelt Rd.
> Chicago, Illinois 60608
> (312) 829-8921