UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | 08 CR 0138 |
| ) | |
| RAPHEAL LEVI ) | |

<u>ORDER ISSUING CORRECTED ARREST WARRANT AS TO RAPHEAL LEVI</u>

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to issue a corrected arrest warrant as to RAPHEAL LEVI in the instant matter;

It is hereby

ORDERED that the corrected arrest warrant as to Defendant RAPHEAL LEVI be issued.

_____
MARIA VALDEZ
United States Magistrate Judge

Date:_____