# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAPHEAL LEVI

## WARRANT FOR ARREST

**CASE NUMBER:** 08 CR 0138

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RAPHEAL LEVI _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment    Information    ■ Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with   (brief description of offense)

that on or about 8/14/2007, at Chicago, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division, RAPHEAL LEVI, Defendant herein, did move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder in violation of Title 18, United States Code, Section 1073

in violation of Title ___18___ United States Code, Section(s) ___1073___

**MARIA VALDEZ**
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

Chicago, Illinois
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |