# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 138 | **DATE** | 2/22/2008 |
| **CASE TITLE** | USA vs. Rapheal Levi | | |

**DOCKET ENTRY TEXT**

Enter Order granting Government's Motion to issue corrected arrest warrant as to Rapheal Levi and quash the incorrect arrest warrant [3]. ARREST WARRANT issued as to Rapheal Levi.

■ [ For further detail see separate order(s).]                                                            Docketing to mail notices.

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|