UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        VS.                       )     08 CR 0138
                                  )
RAPHEAL LEVI                      )


ORDER ISSUING CORRECTED ARREST WARRANT AS TO RAPHEAL LEVI


A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to issue a corrected arrest warrant as to RAPHEAL LEVI in the instant matter; *and to quash the incorrect arrest warrant* It is hereby

ORDERED that the corrected arrest warrant as to Defendant RAPHEAL LEVI be issued.

_____
MARIA VALDEZ
United States Magistrate Judge

Date: 2-22-08  FEB 2 2 2008