AO 442 (REV.3/92) Warrant for Arrest    SAUSA Michael F. Pavia 829-8921

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RAPHEAL LEVI

**FILED**
February 26, 2008
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE VALDEZ

**WARRANT FOR ARREST**

CASE NUMBER: 08CR 0138

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RAPHEAL LEVI__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment   __ Information   ■ Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging him or her with (brief description of offense)

that on or about 8/14/2007, at Chicago, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division, JUSTIN RAY SPARLIN, Defendant herein, did move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder in violation of Title 18, United States Code, Section 1073

in violation of Title __18__ United States Code, Section(s) __1073__

MARIA VALDEZ
Name of Issuing Officer

*[signature]* Maria Valdez
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 15, 2008   Chicago, Illinois
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Warrant quashed  Warrant | Corrected - Warrant issued |

DLS 8/19/8/