```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 08 CR 138 |
| | ) | Magistrate Judge Valdez (Assigned) |
| RAPHEAL LEVI | ) | Magistrate Judge Cole (Duty) |
| _____ | ) | |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves this Court to dismiss the complaint in the captioned case without prejudice.

On or about February 22, 2008, the Defendant was charged in a criminal complaint with unlawful flight to avoid prosecution in violation of Title 18, United States Code, Section 1073. On or about February 23, 2008, the Defendant was arrested in Chicago, Illinois, by the Chicago Police Department. Because the Defendant has been apprehended, the United States moves this honorable Court to dismiss the complaint without prejudice.

```
                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

                    By:       s/Michael F. Pavia
                              MICHAEL F. PAVIA
                              Special Assistant
Date: February 28, 2008       United States Attorney
                              (312) 829-8921
```

Case 1:08-cr-00138   Document 7   Filed 02/28/2008   Page 2 of 2

CERTIFICATE OF SERVICE

      The undersigned Special Assistant United States Attorney hereby certifies that the following document:

GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

was served on February 28, 2008, in accordance with FED.R.CRIM.P.49, FED.R.CIV.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                            By:  s/Michael F. Pavia
                                   MICHAEL F. PAVIA
                                   Special Assistant United States Attorney
                                   2111 W Roosevelt Rd.
                                   Chicago, Illinois 60608
                                   (312) 829-8921