UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.   ) | 08 CR 138 |
| ) | |
| RAPHEAL LEVI    ) | |

### ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, to dismiss the criminal complaint in the instant matter without prejudice;

It is hereby

ORDERED that the criminal complaint in this matter be dismissed without prejudice.

_____
United States Magistrate Judge

Date:_____