Order Form (01/2005)
Order Form (01/2005)


**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 138 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Rapheal Levi | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss complaint without prejudice is granted. Enter order dismissing criminal complaint without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|