# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.

RAPHEAL LEVI

**FILED**

MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 0138

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RAPHEAL LEVI _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment    ___Information    ■ Complaint    ___Order of court    ___Violation Notice    ___Probation Violation Petition

charging him or her with   (brief description of offense)

that on or about 8/14/2007, at Chicago, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division, RAPHEAL LEVI, Defendant herein, did move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder in violation of Title 18, United States Code, Section 1073

in violation of Title __18__ United States Code, Section(s) __1073__

MARIA VALDEZ
Name of Issuing Officer

[signature: Maria Valdez]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

FEB 2 2 2008                              Chicago, Illinois
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 2/20/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/28/08 | DISMISSED PER | Court Order |